ROBERT D. VANNAH, ESQ.
Nevada Bar No. 002503
JOHN B. GREENE, ESQ.
Nevada Bar No. 004279
VANNAH & VANNAH
400 South Fourth Street, 6th Floor
Las Vegas, NV 89101
TEL: (702) 369-4161
FAX: (702) 369-0104

Attorneys for Plaintiff
MICHAH PERKINS

KEVIN L. SMITH, ESQ.
Nevada Bar No. 10227
CHRISTINE M. EMANUELSON, ESQ.
Nevada Bar No. 010143
HINES SMITH CARDER DINCEL BLAND
5940 South Rainbow Boulevard
Las Vegas, Nevada 89118
TEL: (702) 933-7829
FAX: (702) 947-6757
ksmith@hinessmith.com
cemanuelson@hinessmith.com

Attorneys for Defendant
AMCO INSURANCE COMPANY

## THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA - LAS VEGAS DIVISION

| | |
|---|---|
| MICHAH PERKINS,<br><br>        Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, a corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants. | CASE NO. 2:11-cv-00019-KJD -RJJ<br><br>[Lower Court Case No.: A-10-630412-C, District Court of Clark County, Nevada] |

///

///

///

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

1    **<u>STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE</u>**

2    TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR

3    THE DISTRICT OF NEVADA:

4    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

5    Plaintiff Micah Perkins voluntarily dismisses the **above**-captioned action, with

6    prejudice.  The parties to the action, including **Plaintiff and** Defendant AMCO

7    Insurance Company, hereby stipulate to the dismissal by and through their counsel

8    of record.

9    The parties have agreed that each side shall bear its own costs and fees.

10   IT IS SO STIPULATED:

12   Dated: February 16, 2011          VANNAH & VANNAH

15   Robert D. Vannah, Esq.
     John B. Greene, Esq.
16   Attorneys of Record for Plaintiff Micah Perkins

18   Dated: February 4, 2011          HINES SMITH CARDER DINCEL BLAND LLP

20   Kevin L. Smith
21   Christine M. Emanuelson
22   Attorneys of Record for Defendant
     AMCO INSURANCE COMPANY

24   IT IS SO ORDERED.
25   DATED:   February 11, 2011

27   _____
     UNTIED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE